# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## 717 MADISON PLACE, N.W.
## WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**  
**CLERK OF COURT**

TELEPHONE: 202-275-8000

October 06, 2015

To: Andrew J. Maloney III

Re:  15-5118 - Nutt v. US

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- Incorrect event used. The document(s) must be refiled using the '*brief/appendix or joinder tendered*' event. Please see 9/24 rejection (docket entry #25, point #2) for further instructions.

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel E. O'Toole  
Daniel E. O'Toole  
Clerk of Court

cc: Ryan Majerus